UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DON WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>R.C. JOHNSON,<br><br>    Respondent. | No. 2:21-cv-2148-KJM-EFB P<br><br>ORDER |

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition relates to petitioner's conviction in Solano County Superior Court Case Number FCR259067. ECF No. 1. Court records reflect that petitioner is presently challenging the same conviction in an earlier filed action, which remains pending, *Williams v. California*, 2:17-cv-2627-TLN-AC (E.D. Cal.). It is established that if a new petition is filed when a previous habeas petition is still pending before the district court without a decision having been rendered, then the new petition should be construed as a motion to amend the pending petition. *Woods v. Carey*, 525 F.3d 886, 888 (9th Cir. 2008). Accordingly, the petition filed in the instant action should be construed as a motion to amend the pending petition and filed in 2:17-cv-2627-TLN-AC. *Woods*, 525 F.3d at 888.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The November 19, 2021 petition (ECF No. 1) is construed as a motion to amend and ordered filed in petitioner's initial habeas action, 2:17-cv-2627-TLN-AC; and

      2. The Clerk of the Court is directed to file the petition (ECF No. 1) as a motion to amend in Case No. 2:17-cv-2627-TLN-AC, and to terminate this action and all outstanding motions.

DATED: January 20, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE